

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Anthony Michael Martino, Appellant

No. 06-19-00077-CR        v.

The State of Texas, Appellee

Appeal from the 173rd District Court of Henderson County, Texas (Tr. Ct. No. CR17-0201-173). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the assessment of attorney fees. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Anthony Michael Martino, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 16, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk